# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA ) | JUDGMENT IN A CRIMINAL CASE |
| ) | (For **Revocation** of Probation or Supervised Release) |
| V. ) | (For Offenses Committed On or After November 1, 1987) |
| ) | |
| ERIC JOSEPH GAINES ) | Case Number: DNCW117CR000052-001 |
| ) | USM Number: 33494-058 |
| ) | |
| ) | Howard W. Anderson III |
| ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ Admitted guilt to violations 1 as set out in the Addendum to the Petition, and 2-8 of the Petition.
☐ Was found guilty of violation(s) of the Petition after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | NEW LAW VIOLATION - Felony Trafficking, Opium or Heroin | 9/28/2022 |
| 2 | NEW LAW VIOLATION - Felony Trafficking, Opium or Heroin | 9/28/2022 |
| 3 | NEW LAW VIOLATION - Felony Trafficking Methamphetamine | 9/28/2022 |
| 4 | NEW LAW VIOLATION - Felony Trafficking Methamphetamine | 9/28/2022 |
| 5 | NEW LAW VIOLATION - Felony Possess with Intent to Manufacture/Sell/ Distribute Schedule II Controlled Substance (Fentanyl) | 9/28/2022 |
| 6 | NEW LAW VIOLATION - Felony Possess with Intent to Manufacture/Sell/ Distribute Schedule II Controlled Substance (Methamphetamine) | 9/28/2022 |
| 7 | NEW LAW VIOLATION - Felony Possession of Firearm by Felon | 9/28/2022 |
| 8 | NEW LAW VIOLATION - Felony Maintain a Vehicle/Dwelling/Place to Keep or Sell Controlled Substances | 9/28/2022 |

The Defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

☐ Defendant found not guilty as to violation(s) of the Petition and is discharged as to such violation(s).
☒ Violations 9-11 are dismissed on the motion of the United States.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 8/15/2023

_____
Martin Reidinger
Chief United States District Judge

Date: August 18, 2023

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY-FOUR (24) MONTHS**. **The term of imprisonment imposed by this judgment shall be consecutive to any undischarged term of imprisonment imposed by any state or federal court, whether previously or hereafter imposed, particularly including the sentences imposed by the state court with regard to the new law violations that are set forth in the petition and the addendum.**

■ The Court makes the following recommendations to the Bureau of Prisons:
  1. Participation in any available educational and vocational opportunities.
  2. Participation in any available substance abuse treatment program and, if eligible, receive benefits of 18:3621(e)(2).
  3. Defendant shall support all dependents from prison earnings.

■ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

  ☐ As notified by the United States Marshal.
  ☐ At _ on _.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ As notified by the United States Marshal.
  ☐ Before 2 p.m. on _.
  ☐ As notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____

Defendant delivered on _____ to _____ at

_____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal

Defendant: Eric Joseph Gaines  
Case Number: DNCW117CR000052-001

Judgment- Page **3** of **3**

## SUPERVISED RELEASE

<u>Upon release from imprisonment the Court Orders that</u> **NO FURTHER TERM OF SUPERVISED RELEASE IS IMPOSED.**

[Remainder of page intentionally left blank]